IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| JERRY L. GREER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 6:12-CV-02249-JO |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting Commissioner of ) | ORDER FOR ATTORNEY FEES |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, Plaintiff is awarded an attorney fee of $4580.10 pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412 *et seq*. To the extent Plaintiff does not owe an outstanding debt recoverable under the Federal Treasury Offset Program, Defendant shall mail a check payable to Plaintiff's attorney, John Haapala, to 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401. There are no costs or expenses to be paid.

IT IS SO ORDERED.

DATED this 4th day of August, 2014.

_____
Robert E. Jones, Senior Judge
United States District Court

-1-   ORDER AWARDING FEES PURSUANT TO EAJA